# INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Lancaster_

NAME OF DEBTOR(S) _Stephanie A. Gowarty_

CHAPTER 13 CASE # _18-14849-ref_

I, _Jonathan R Farley_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my _girlfriend_ (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ _1500.00_ on a monthly basis to the debtor(s).

3. The source of my income is _wages from Employment_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _Keim Chevrolet + PA Sunrooms_ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

_8/1/18_
Date

_[signature]_
Affiant/Contributor (signature)

_Jonathan Farley_
Affiant/Contributor (print name)

Sworn to or affirmed and subscribed to before me by _____, the Affiant/Contributor identified above, on this _____ day of _____, 200___.

_____
Notary Public

[Notarial Seal]