# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

Stephanie Gowarty        :      Chapter 13

                     Debtor    :      Bankruptcy No. 18-14849-ref

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST PETITIONOBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) AND (a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

*(to be executed by counsel for the Debtor(s)*

Date: 12/19/18        /s/Elizabeth A. Bartlow, Esquire
                              Attorney for Debtor(s)

1/1/18