United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephanie A Gowarty  
      Debtor

Case No. 18-14849-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jan 10, 2019  
                     Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.  
db          +Stephanie A Gowarty,    2148 Georgetown Dr,    Lancaster, PA 17601-3012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:  
           ELIZABETH A. BARTLOW    on behalf of Debtor Stephanie A Gowarty elizabeth@bartlowlaw.com,  
               r44610@notify.bestcase.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
           SCOTT   WATERMAN     swaterman@readingch13.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
               ECF_FRPA@Trustee13.com  
                                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephanie A Gowarty
        Debtor(s)

Chapter: 13

Bankruptcy No: 18−14849−ref

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 10th January 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Richard E. Fehling
                                                Chief Judge ,
                                                United States Bankruptcy Court