Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 18-14849-PMM**

STEPHANIE A  GOWARTY  
2148 GEORGETOWN DRIVE  
LANCASTER  PA    17601

Petition Filed Date: 07/23/2018  
341 Hearing Date: 09/25/2018  
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $500.00 | | 02/25/2019 | $500.00 | | 03/25/2019 | $500.00 | |
| 04/23/2019 | $500.00 | | 05/24/2019 | $500.00 | | 06/24/2019 | $500.00 | |
| 07/23/2019 | $500.00 | | 08/29/2019 | $500.00 | Monthly Plan P | 10/01/2019 | $500.00 | |
| 10/29/2019 | $500.00 | | 12/02/2019 | $500.00 | | 12/31/2019 | $500.00 | |
| 01/29/2020 | $500.00 | | 03/09/2020 | $500.00 | | 03/31/2020 | $500.00 | |
| 04/29/2020 | $500.00 | | 06/02/2020 | $500.00 | | 06/29/2020 | $500.00 | |
| 07/30/2020 | $500.00 | | | | | | | |

**Total Receipts for the Period: $9,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | M&T BANK<br>»»  001 | Mortgage Arrears | $25,314.75 | $10,535.50 | $14,779.25 |

**Chapter 13 Case No. 18-14849-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $10,535.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,014.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.