| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-14849-PMM**

STEPHANIE A  GOWARTY
2148 GEORGETOWN DRIVE
LANCASTER  PA    17601

Petition Filed Date: 07/23/2018
341 Hearing Date: 09/25/2018
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2020 | $500.00 | | 03/09/2020 | $500.00 | | 03/31/2020 | $500.00 | |
| 04/29/2020 | $500.00 | | 06/02/2020 | $500.00 | | 06/29/2020 | $500.00 | |
| 07/30/2020 | $500.00 | | 08/31/2020 | $500.00 | | 09/30/2020 | $500.00 | |
| 10/30/2020 | $500.00 | | 12/01/2020 | $500.00 | | 01/04/2021 | $500.00 | |
| 02/01/2021 | $500.00 | | 03/02/2021 | $500.00 | | 03/30/2021 | $500.00 | |
| 05/03/2021 | $500.00 | | 06/03/2021 | $500.00 | | | | |

**Total Receipts for the Period:  $8,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | M&T BANK<br>»»  001 | Mortgage Arrears | $25,314.75 | $15,125.50 | $10,189.25 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $15,125.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,424.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.