Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-14849-PMM**

STEPHANIE A GOWARTY  
2148 GEORGETOWN DRIVE  
LANCASTER  PA  17601

Petition Filed Date: 07/23/2018  
341 Hearing Date: 09/25/2018  
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $500.00 | | 06/03/2021 | $500.00 | | 06/30/2021 | $500.00 | |
| 08/02/2021 | $500.00 | 8/2/2021 | 09/02/2021 | $500.00 | | 10/04/2021 | $500.00 | |
| 11/02/2021 | $500.00 | | 12/02/2021 | $500.00 | | 01/03/2022 | $500.00 | |
| 01/31/2022 | $500.00 | | 03/07/2022 | $500.00 | | 04/04/2022 | $500.00 | |
| 05/04/2022 | $500.00 | | 06/07/2022 | $500.00 | | 07/05/2022 | $500.00 | |
| 08/03/2022 | $500.00 | | | | | | | |

**Total Receipts for the Period:** $8,000.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $24,000.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | M&T BANK  »» 001 | Mortgage Arrears | $25,314.75 | $21,525.50 | $3,789.25 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $21,525.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,014.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $460.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.