United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 18-14849-pmm

Stephanie A Gowarty                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 138OBJ | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie A Gowarty, 2148 Georgetown Dr, Lancaster, PA 17601-3012 |
| 14169557 | + | Jonathan R. Fawley, 2148 Georgetown Rd, Lancaster, PA 17601-3012 |
| 14169558 | | Lakeview Loan Servicing, LLC, c/o KML Law Group, PC, Suite 5000-BNY Independence Center, Philadelphia, PA 19106 |
| 14173854 | + | M&T Bank, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 31 2023 04:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 31 2023 04:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14196880 | ^ | MEBN | May 31 2023 04:31:20 | Lakeview Loan Servicing, LLC, M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 14169559 | | Email/Text: camanagement@mtb.com | May 31 2023 04:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023                           Signature:          /s/Gustava Winters

District/off: 0313-4                                     User: admin                                          Page 2 of 2
Date Rcvd: May 30, 2023                         Form ID: 138OBJ                              Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS

    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

ELIZABETH A. BARTLOW

    on behalf of Debtor Stephanie A Gowarty elizabeth@bartlowlaw.com  r44610@notify.bestcase.com

MICHAEL PATRICK FARRINGTON

    on behalf of Creditor LakeView Loan Servicing  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

    ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Stephanie A Gowarty

          Debtor(s)

Case No: 18−14849−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/30/23

43 − 34
Form 138OBJ