**Fill in this information to identify the case:**

Debtor 1    Stephanie A. Gowarty

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number    18-14849 PMM

## Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:**    Lakeview Loan Servicing, LLC          **Court claim no.** (if known):    No. 1

**Last 4 digits** of any number you use to identify the debtor's account:    2832
**Property address:**
2148 Georgetown Drive
Lancaster, PA 17601

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                          $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:        06 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | | |
|---|---|---|---|---|
| a. | Total postpetition ongoing payments due: | | (a) | $ _____ |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ _____ |
| c. | **Total.** Add lines a and b. | | (c) | $ _____ |

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: 6ed6488160907065af6c0d6fe6cd24e9b6c8d5526d5af60e6896befd674b3262

Debtor(s)    Stephanie A. Gowarty                                                    Case Number (if known): 18-14849 PMM
            First Name    Middle Name              Last Name

---

### Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

### Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*                    Date      06/09/2023

Michael Farrington
09 Jun 2023, 09:39:44, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 16106
        215-627-1322
        bkgroup@kmllawgroup.com
        Attorney for Creditor

---

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie A. Gowarty<br>**Debtor(s)** | **BK NO. 18-14849 PMM** |
| Lakeview Loan Servicing, LLC<br>**Movant**<br>vs. | **Chapter 13**<br><br>**Related to Claim No. No. 1** |
| Stephanie A. Gowarty<br>**Debtor(s)** | |
| Scott Waterman,<br>**Trustee** | |

### CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 12, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Stephanie A. Gowarty
2148 Georgetown Drive
Lancaster, PA 17601

Attorney for Debtor(s) (via ECF)
Elizabeth A. Bartlow, Esq.
Law Office of Elizabeth Bartlow
8 North Queen Street
Suite 700-H
Lancaster, PA 17603

Trustee (via ECF)
Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail.

Dated: June 12, 2023

*/s/ Michael P. Farrington*
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com